IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEYARA FLEECE, on behalf
of herself and all others
similarly situated,

    Plaintiff,

v.                                    Civil Action No. 3:19cv396

HCA VIRGINIA HEALTH
SYSTEM d/b/a HCA VIRGINIA
HEALTH SYSTEM, <u>et al.</u>,

    Defendants.

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM (ECF No. 62) is granted and the Amended Complaint (ECF No. 57) is dismissed with prejudice.[1]

Additionally, it is hereby ORDERED that the PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (ECF No. 70) is denied as moot.

---

[1] By ORDER (ECF No. 78) entered on December 17, 2020, the DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION (ECF No. 62) was denied.

2

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                                                /s/  *REP*
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: December 10, 2020